NO. 07-09-0126-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

MAY 12, 2009
_____

FRANK ACKERMAN, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE
_____

FROM THE 46TH DISTRICT COURT OF HARDEMAN COUNTY;

NO. 4074; HONORABLE DAN MIKE BIRD, JUDGE
_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**ON MOTION TO DISMISS**

Appellant, Frank Ackerman, filed Notice of Appeal to appeal a judgment of conviction and sentence entered against him in cause number 4074 in the 46th District Court of Hardeman County, Texas. However, appellant has now filed a motion to dismiss his appeal.

Because the motion meets the requirements of Texas Rule of Appellate Procedure 42.2(a) and this Court has not delivered its decision prior to receiving it, the motion is

hereby granted and the appeal is dismissed.  Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained and our mandate will issue.

Makey K. Hancock
Justice

Do not publish.